IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FLAVIO MILAM, §
        PLAINTIFF, §
§
V. §
§
§ CAUSE NO. 1:23-CV-74-LY
NATIONAL CREDIT AUDIT §
CORPORATION, §
        DEFENDANT. §
§

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On March 20, 2023, Plaintiff filed a Stipulation of Dismissal (Doc. #9) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). As nothing further remains to be resolved in this case,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __21st__ day of March, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE